IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MAXIMO PINEDA-BUENAVENTURA,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-793-bbc

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that petitioner Maximo Pineda-Buenaventura's motion for post conviction relief 28 U.S.C. § 2255 is DENIED.

_____       3/16/11
Peter Oppeneer, Clerk of Court       Date